Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1 through 32,<br><br>Defendants. | Case No. 12-CV-00886-AWI-MJS<br><br>**NOTICE OF RELATED CASES** |
| MALIBU MEDIA, LLC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1 through 59,<br><br>Defendants. | Case No. 12-CV-00888-AWI-DLB |
| MALIBU MEDIA, LLC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1 through 48, | Case No. 12-CV-01255-JAM-DAD |

|   |   |
|---|---|
| Defendants. | |
| MALIBU MEDIA, LLC, a California corporation, | Case No. 12-CV-01260-MCE-JFM |
| Plaintiff, | |
| v. | |
| JOHN DOES 1 through 13, | |
| Defendants. | |
| MALIBU MEDIA, LLC, a California corporation, | Case No. 12-CV-01261-JAM-EFB |
| Plaintiff, | |
| v. | |
| JOHN DOES 1 through 12, | |
| Defendants. | |
| MALIBU MEDIA, LLC, a California corporation, | Case No. 12-CV-01262-KJM-JFM |
| Plaintiff, | |
| v. | |
| JOHN DOES 1 through 64, | |
| Defendants. | |
| MALIBU MEDIA, LLC, a California corporation, | Case No. 12-CV-01459-GEB-CKD |
| Plaintiff, | |
| v. | |
| JOHN DOES 1 through 7, | |
| Defendants. | |

NOTICE OF RELATED CASE

| | | |
|---|---|---|
| 1 | MALIBU MEDIA, LLC, a California corporation, | Case No. 12-CV-01513-MCE-KJN |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | JOHN DOES 1 through 13, | |
| 5 | Defendants. | |
| 6 | | |
| 7 | MALIBU MEDIA, LLC, a California corporation, | Case No. 12-CV-01514-LKK-EFB |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | JOHN DOES 1 through 7, | |
| 11 | Defendants. | |
| 12 | | |
| 13 | MALIBU MEDIA, LLC, a California corporation, | Case No. 12-CV-2007-JAM-EFB |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | JOHN DOES 1 through 13, | |
| 17 | Defendants. | |

NOTICE OF RELATED CASE

TO THE UNITED STATES DISTRICT COURT – EASTERN DISTRICT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that the following matters are related pursuant to Local Rule 123(a)(3) in that they involve similar questions of law and fact because they involve similar copyrights and Defendants' infringements thererof via BitTorrent protocol, and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort:

    1.    *Malibu Media, LLC v. John Does 1-32*, United States District Court Case No. 12-CV-00886-AWI-MJS;

    2.    *Malibu Media, LLC v. John Does 1-59*, United States District Court Case No. 12-CV-00888-AWI-DLB;

    3.    *Malibu Media, LLC v. John Does 1-48*, United States District Court Case No. 12-CV-01255-JAM-DAD;

    4.    *Malibu Media, LLC v. John Does 1-13*, United States District Court Case No. 12-CV-1260-MCE-JFM;

    5.    *Malibu Media, LLC v. John Does 1-12*, United States District Court Case No. 12-CV-1261-JAM-EFB;

    6.    *Malibu Media, LLC v. John Does 1-64*, United States District Court Case No. 12-CV-1262-KJM-JFM;

    7.    *Malibu Media, LLC v. John Does 1-7*, United States District Court Case No. 12-CV-1459-GEB-CKD;

    8.    *Malibu Media, LLC v. John Does 1-13*, United States District Court Case No. 12-CV-1513-MCE-KJN;

    9.    *Malibu Media, LLC v. John Does 1-7*, United States District Court Case No. 12-CV-1514-LKK-EFB;

    10.    *Malibu Media, LLC v. John Does 1-13*, United States District Court Case No. 12-CV-2007-JAM-EFB;

1
2  DATED: August 2, 2012                    KUSHNER LAW GROUP
3
4
                                    By:     /s/ Leemore L. Kushner
5                                           Leemore L. Kushner
6                                           Attorneys for Plaintiff Malibu Media, LLC
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                            2